**BAYVIEW LOAN SERVICING LLC, Respondent**

v.

**Rodger LINDSAY, Petitioner**

**No. 383 EAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue raised, and as presented, by the Petitioner:

Whether the Superior Court erred in determining that a homeowner was not the prevailing party because a residential mortgage foreclosure action does not "arise under Act 6" where the homeowner raised defenses to a mortgage foreclosure under Act 6 and the lender then discontinued the mortgage foreclosure action?

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward N. DANIELS, Petitioner**

**No. 484 EAL 2016**

Supreme Court of Pennsylvania.

March 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Samuel RICE, Petitioner**

**No. 433 WAL 2016**

Supreme Court of Pennsylvania.

March 13, 2017

## ORDER

PER CURIAM

**AND NOW**, this 13th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.